FILED

14 JAN 24 PM 2:48

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>ISSAC SYMEON BRAGG,<br>   Aka "Tony Jones"<br><br>        Defendant. | Case No.   12cr3617-CAB<br><br>AMENDED ORDER OF<br>CRIMINAL FORFEITURE |

On October 9, 2013, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of ISSAC SYMEON BRAGG ("Defendant") in the property listed in the Forfeiture Allegation of the Indictment, namely,

   (a) One Samsung Model R450 cell phone.

For thirty (30) consecutive days ending on December 16, 2013, the United States published on the Government's forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and

Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the property.

There were no potential third parties known to the United States to have alleged an interest in the forfeited property; therefore, no one was provided with direct notice of the forfeiture.

Thirty (30) days have passed following the final date of notice by publication, and no third party has made a claim to or declared any interest in the forfeited property described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of ISSAC SYMEON BRAGG and any and all third parties in the following property are hereby condemned, forfeited and vested in the United States of America:

(a) One Samsung Model R450 cell phone.

IT IS FURTHER ORDERED that costs incurred by Homeland Security Investigations ("HSI") and any other governmental agencies which were incident to the seizure, custody and storage of the property be the first charge against the forfeited property.

//

1     IT IS FURTHER ORDERED that HSI shall dispose of the
2 forfeited property according to law.

4 DATED: 1/23/14

                                          HONORABLE CATHY A. BENCIVENGO
                                          United States District Court